UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | CR. 12-40127-01-KES |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER SETTING |
| | ) | CHANGE OF PLEA |
| ANA R. ARRIOLA-RUBIO, | ) | AND SENTENCING HEARING |
| Defendant. | ) | |

Upon good cause appearing, it is

ORDERED that the change of plea and sentencing hearing will be held on **Wednesday, February 20, 2013, at 2:30 p.m.**, in Courtroom 2 of the Federal Building, 400 South Phillips Avenue, Sioux Falls, South Dakota. The court clerk will make arrangements for an interpreter. Defendant will waive the minimum of 35 days from disclosure of the presentence report prior to sentencing pursuant to Rule 32(e)(2) of the Federal Rules of Criminal Procedure. The presentence report will be disclosed to plaintiff and defendant by **Friday, February 15, 2013.**

Dated February 11, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE